IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 12-262 |
| ) | |
| RICHARD A. RYDZE, ) | |
| WILLIAM ZIPF, ) | |
| JAMES HATZIMBES, aka "HATZ" ) | |

**MOTION TO TRANSFER RELATED CASE**

AND NOW comes the United States of America, by its attorneys, Steven M. Dettelbach, United States Attorney for the Northern District of Ohio, and Matthew B. Kall, and Carol M. Skutnik, Special Assistant United States Attorneys for the Western District of Pennsylvania, and files this Motion pursuant to Local Criminal Rule 57(C), notifying the Court that this case is related to two other cases that were filed on the same day as the Indictment in this case.

The Indictment in the present case arises out of the same criminal transaction or series of transactions as those charged in United States v. Gavin, Case No. 12-258, and United States v. Sadowski, Case No. 12-259, both of which were charged by way of Information and are assigned to U.S. District Court Judge Maurice B. Cohill, Jr.  Mr. Sadowski and Gavin are named as unindicted co-conspirators in Count 1 of the Indictment in the present case.

1

Pursuant to Local Civ. Rule 40(E)(2), the government requests that this case be reassigned to Judge Cohill as related to the lower-numbered cases.

                Respectfully Submitted,
                ERIC H. HOLDER, JR.
                Attorney General of the United States

                STEVEN M. DETTELBACH
                United States Attorney
                Northern District of Ohio


By:  <u>/s/ Matthew B. Kall</u>
     Matthew B. Kall (3003738-NY)
     Carol M. Skutnik (0059704-OH)
     Special Assistant U.S. Attorneys
     for the Western District of Pennsylvania
     801 W. Superior Ave., Suite 400
     Cleveland, OH 44113-1852
     Telephone: (216) 6220-3600
     Facsimile: (216) 522-8355
     Matthew.B.Kall@usdoj.gov
     Carol.Skutnik@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 19, 2012, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's system.

                                      S/Matthew B. Kall
                                      Matthew B. Kall
                                      Special Assistant U.S. Attorney