IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIMINAL NO. 12-262 |
| JAMES HATZIMBES | ) |

**MOTION FOR EXTENSION OF
TIME TO FILE PRETRIAL MOTIONS**

AND NOW, comes the Defendant, James Hatzimbes, by and through his attorney, Charles J. Porter, Esquire and the law firm of Brucker Schneider & Porter, and respectfully sets forth as follows:

1. The Defendant is charged with violation of Title 21, United States Code, Sections 841(a)(1), 3333(e) and 846 as well as Title 18, United States Code, Section 371 at the above number. He was arraigned on November 8, 2012.

2. Pretrial motions were due on December 23, 2012.

3. A ninety (90) day extension is requested to review discovery in this matter, based on counsel's schedule.

4. It is submitted that the ends of justice served by granting this extension outweigh the best interest of the public under the Defendant to a speedy trial for the period of the within extension.

5. The Government consents to this request.

WHEREFORE, the Defendant James Hatzimbes, respectfully requests this Honorable Court to enter an order extending the time period in which to file Pretrial Motions until March 23, 2013.

Respectfully submitted,

Date: January 18, 2013

*/s/ Charles J. Porter, Esquire*
Charles J. Porter, Esquire
PA. I.D. No. 43676
Brucker Schneider & Porter
200 Koppers Building
436 Seventh Avenue
Pittsburgh, PA  15219